**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHANNON RAY; et al.,<br><br>      Plaintiffs - Respondents,<br><br> v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>      Defendant - Petitioner. | No. 25-1952<br><br>D.C. No. 1:23-cv-00425<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: TASHIMA and DESAI, Circuit Judges.

The motion (Docket Entry No. 9) for leave to file a reply is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).